## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

ELVIS H. BRISENO and
SEBASTIAN GARZON, and other
similarly situated individuals,

      Plaintiffs,

v.                                                                  Case No. 3:21-cv-1059-TJC-LLL

LA NOPALERA BEACH BLVD.,
INC. and LORENA VALENCIA,
individually,

      Defendants.

_____

## ORDER AND STIPULATED FINAL JUDGMENT

This case is before the Court on the parties' Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice. (Doc. 22). On July 26, 2022, United States Magistrate Judge Laura Lothman Lambert issued a Report and Recommendation (Doc. 26) recommending that the motion be granted, that the Court enter an Order and Stipulated Final Judgment approving the parties' settlement agreements, as amended by the Court, and that the case be dismissed with prejudice. Judge Lambert also recommended that the Court strike the proposed agreements' improper modification clauses. Id. at 9–10; see (Docs. 22-1 at 5 ¶ 5; 22-2 at 5 ¶ 5); (permitting modification "upon express

written consent of the Releasees and [the plaintiff]"); see also (Docs. 25-1 at 5 ¶ 6; 25-2 at 5 ¶ 6;) (re-filed copies of the same proposed agreements, attached to the parties' supplemental briefing). No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 26), it is hereby

**ORDERED:**

1.     The Report and Recommendation of the Magistrate Judge (Doc. 26) is **ADOPTED** as the opinion of the Court.

2.     The modification clauses found in paragraph six of the proposed settlement agreements, as discussed in the Report and Recommendation (Doc. 26), are **STRICKEN**.

3.     The parties' Joint Motion to Approve Settlement Agreement and Dismiss with Prejudice (Doc. 22) is **GRANTED** to the extent that the Court approves the settlement agreements, as amended by the Court. A Stipulated Final Judgment is hereby entered.

4.     This case is **DISMISSED with prejudice**. The Clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 12th day of August, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

rmv
Copies to:

Honorable Laura Lothman Lambert
United States Magistrate Judge

Counsel of record

3